# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| CEVA LOGISTICS U.S., INC., <br><br> Plaintiff, <br><br> v. <br><br> GOLI NUTRITION INC., <br><br> Defendant. | Case No. 4:22-cv-03500 <br><br> **SUGGESTION OF BANKRUPTCY OF DEFENDANT <u>GOLI NUTRITION INC.</u>** |

**PLEASE TAKE NOTICE** that, on March 18, 2024, Deloitte Restructuring Inc., in its capacity as the court-appointed monitor and duly authorized foreign representative (in such capacity, the "Petitioner"), as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"), of Goli Nutrition Inc., a company incorporated in Québec, Canada ("Goli Canada") and Goli Nutrition Inc., a company incorporated in Delaware ("Goli US," and together with Goli Canada, the "Debtors") filed a voluntary Chapter 15 Petition for Recognition of a Foreign Proceeding for each Debtor in the United States Bankruptcy Court for the United States District Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' bankruptcy case is pending before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, Case No. 24-10438.

**PLEASE TAKE FURTHER NOTICE** that Goli Canada is the named defendant in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, on March 22, 2024, the Bankruptcy Court entered an order providing, in pertinent part, that "[w]hile this Order is in effect, the Petitioner, the Debtors, and the Debtors' property are entitled to the full protections and rights pursuant to section 1519(a)(l) of the Bankruptcy Code, which protections shall be coextensive with the provisions of sections 362 and 365(e) of the Bankruptcy Code, and this Order shall operate to stay, without

limitation, any collection, enforcement efforts, or other actions of creditors, lessors, and any other parties against the Debtors and their property in the United States." (the "Order"). A true and correct copy of the Order is annexed hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order: "[a]ll entities (as that term is defined in section 101(15) of the Bankruptcy Code), other than the Petitioner and its authorized representatives and agents, are hereby enjoined from, without limitation: (a) enforcing any rights or obligations or otherwise executing against any of the Debtors' assets or other properties; (b) commencing or continuing, including the issuance or employment of process, of a judicial, administrative, arbitral, or other action or proceeding, or to recover a claim, including without limitation any and all unpaid judgments, settlements, or otherwise against the Debtors in the United States; (c) taking or continuing any act to create, perfect, or enforce a lien or other security interest, set-off, or other claim against the Debtors or any of their property; (d) transferring, relinquishing, or disposing of any property of the Debtors to any entity (as that term is defined in section 101(15) of the Bankruptcy Code) other than the Petitioner; (e) enforcing, commencing, or continuing an individual action or proceeding concerning the Debtors' assets, rights, obligations, or liabilities; and (f) terminating any agreements, leases, contracts, or understandings, or otherwise enforcing rights, accelerating obligations, or exercising remedies of any kind in respect thereof."

**PLEASE TAKE FURTHER NOTICE** that, to date, no order has been entered in the Chapter 15 Case granting relief from the Order.

Date: April 5, 2024

                                                Respectfully Submitted,

                                                */s/ Raffi Melkonian*
                                                Raffi Melkonian
                                                Bar No. 24090587
                                                Southern District ID No. 2338805
                                                melkonian@wrightclosebarger.com
                                                **WRIGHT, CLOSE & BARGER LLP**
                                                One Riverway, Suite 2200
                                                Houston, Texas 77056
                                                Telephone: (713) 572-4321
                                                Facsimile: (713) 572-4320

Of Counsel:
Latisha V. Thompson (admitted *pro hac vice*)
lthompson@morrisoncohen.com
Collin A. Rose (admitted *pro hac vice*)
crose@morrisoncohen.com
**MORRISON COHEN LLP**
909 Third Floor, 27th Floor
New York, New York 10022
Telephone: (212)735-8600
Facsimile: (212) 735-8708

**ATTORNEYS FOR DEFENDANT**
**GOLI NUTRITION INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on April 5, 2024 to all counsel of record.

                                        */s/ Raffi Melkonian*
                                        RAFFI MELKONIAN